UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL S. WELLS,

Plaintiff,

v.

STIPULATION OF DISMISSAL
Case No.:
9:25-cv-01482(MAD/PJE)
Conso. 9:25-cv-1545 (MAD/PJE)

vs.

PEGGY HARPER, in both her official capacity as St. Lawrence County Jail Administrator and individually; JEFF BURCUME, in both his official capacity as a St. Lawrence County Jail Correctional Officer and individually; TYLER LEGAULT, in both his official capacity as a St. Lawrence County Jail Correctional Officer and individually; and ST. LAWRENCE COUNTY,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of the Northern District of New York, by and between the undersigned, the attorney of record for all parties to the above entitled action, and the *Pro Se* Plaintiff, Michael J. Wells, that, whereas no party hereto is an infant or incompetent person, the above entitled action and any claims and counterclaims be, and the same hereby dismissed with prejudice, without costs to either party as against the other. The parties agree that this Stipulation may be signed in counterparts.

Date: August 20, 2026
At Canton, New York

STEPHEN D. BUTTON, ESQ.
County Attorney
St. Lawrence County
Office of the County Attorney
48 Court Street
Canton, New York 13617
Email: sbutton@stlawco.gov
Tel.: (315) 379-2269
Fax.: (315) 379-2254

Date:

Michael James Wells
DIN# 11-A-2829
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458
PRO SE

Dated: 9/10/2026
SO ORDERED

Mae A. D'Agostino
U.S. District Judge